EDWARD K. WINSHIP, Appellant, *v.* CAROLINE F. WINSHIP, Respondent.

*Discretion.*

Appeal from an order vacating an order entered, discontinuing the action.

The General Term held that the application to vacate the order was addressed to the favor and discretion of the court, and that as there was sufficient in the papers to warrant the conclusion, that the defendant had consented to the discontinuance, under a misapprehension on her part, the order was properly granted.

*Hodges & Meeker,* for the appellant.

*H. C. Denison,* for the respondent.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Order affirmed, with costs.